# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**FRANKIE T. MARTIN**  **PLAINTIFF**

**VS.**  **No. 2:23-cv-00052 PSH**

**MARTIN O'MALLEY, Commissioner,**
  **Social Security Administration**  **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of April, 2024.

_____
UNITED STATES MAGISTRATE JUDGE